

# NUMBER 13-21-00113-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **YISEL RODRIGUEZ,** | **Appellant,** |
| **v.** | |
| **RAFAEL RODRIGUEZ &**<br>**WIFE NINFA RODRIGUEZ,** | **Appellees.** |

**On appeal from the 206th District Court**
**of Hidalgo County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Silva**
**Memorandum Opinion by Chief Justice Contreras**

This is an interlocutory appeal of a temporary injunction in a trespass to try title case. The order on appeal, dated April 13, 2021, provides in relevant part that appellant Yisel Rodriguez and her family must vacate the subject property within forty-five days.

Appellant has filed a motion to dismiss the appeal, stating that the parties have reached an agreement allowing appellant to stay on the property until July 1, 2021. The motion states that appellees Rafael Rodriguez and Ninfa Rodriguez are unopposed to the motion.

This Court, having considered appellant's unopposed motion, is of the opinion that the motion to dismiss should be granted. Accordingly, the motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
3rd day of June, 2021.